IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ANTHONY YOUNGER,

      Plaintiff,

v.

CHRISTNER'S PIZZA, INC., *et al.*,

      Defendants.

Civ. No. 6:22-cv-01608-AA

JUDGMENT

    Pursuant to the Notice of Voluntary Dismissal, this action is DISMISSED without prejudice.

    DATED: 7/23/2024

                            Melissa Aubin, Clerk

                          By    /s/ C. Kramer
                                    Deputy Clerk

1 –JUDGMENT